John T. Steffen (4390)
Joseph S. Kistler (3458)
HUTCHISON & STEFFEN, LLC.
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Phone (702) 385-2500
Fax (702) 385-2086
jsteffen@hutchlegal.com
jkistler@hutchlegal.com

Aaron M. Panner (admitted *pro hac vice*)
Melanie L. Bostwick (admitted *pro hac vice*)
KELLOGG, HUBER, HANSEN, TODD,
   EVANS & FIGEL, P.L.L.C.
1615 M Street NW, Suite 400
Washington, D.C. 20036
Telephone: 202-326-7900
Facsimile: 202-326-7999
apanner@khhte.com
mbostwick@khhte.com

*Attorneys for Plaintiff Gilbert P. Hyatt*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GILBERT P. HYATT, an individual,<br><br>                                  *Plaintiff*,<br><br>v.<br><br>UNITED STATES PATENT AND TRADEMARK OFFICE and MICHELLE K. LEE IN HER OFFICIAL CAPACITY<br><br>                                  *Defendants*. | Case No.:  2:14-cv-0011-JCM-NJK<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, STRIKE**<br><br>**(FIRST REQUEST)** |

      Pursuant to Federal Rule of Civil Procedure 6(b)(1) and LR 6-1, plaintiff Gilbert P. Hyatt respectfully moves for a 14-day extension of time to respond to the Motion To Dismiss Or, In the Alternative, Strike filed by defendants Michelle K. Lee and the United States Patent and Trademark

1

Office on March 10, 2014 (Dkt. No. 14).  Plaintiff's response is currently due on March 27, 2014.  Plaintiff respectfully seeks an extension of that deadline to April 10, 2014.  Defendants do not oppose this request.

## POINTS AND AUTHORITIES

The Court may, "for good cause," extend the time within which an act may or must be done.  Fed. R. Civ. P. 6(b)(1).  Defendants' motion to dismiss was filed on March 10, 2014.  Plaintiff's counsel was in trial at that time and only recently returned.  In order to allow adequate time to respond to the factual and legal points made in defendants' motion, plaintiff respectfully requests a 14-day extension of the time to file an opposition.  This is the first extension requested by plaintiff in this matter.  Counsel for defendants have advised that they do not oppose this request.

Accordingly, plaintiff Gilbert P. Hyatt respectfully requests that the Court extend the deadline for plaintiff to respond to defendants' Motion To Dismiss Or, In the Alternative, Strike to April 10, 2014.  This request is made in good faith and not for purposes of undue delay.

Dated this 20th day of March, 2014.

    Respectfully,

/s/ Melanie L. Bostwick
John T. Steffen (4390)
Joseph S. Kistler (3458)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

Aaron M. Panner (admitted *pro hac vice*)
Melanie L. Bostwick (admitted *pro hac vice*)
KELLOGG, HUBER, HANSEN, TODD,
   EVANS & FIGEL, P.L.L.C.
1615 M Street NW, Suite 400
Washington, D.C. 20036
Telephone: 202-326-7900
Facsimile: 202-326-7999
apanner@khhte.com
mbostwick@khhte.com

*Attorneys for Plaintiff Gilbert P. Hyatt*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

**DATED:** March 24, 2014

3